**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Scott SYLTE, Petitioner.**

Supreme Court of Pennsylvania.

July 23, 2001.

### ORDER

PER CURIAM:

**AND NOW,** this 23rd day of July, 2001, the Petition for Allowance of Appeal is hereby GRANTED. The order of the Superior Court is REVERSED and the matter is remanded to the PCRA court. *See Dadario v. Goldberg,* —— Pa. ——, 773 A.2d 126 (2001).

■

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Richard DEMARCO, Petitioner.**

Supreme Court of Pennsylvania.

July 24, 2001.

### ORDER

PER CURIAM:

**AND NOW,** this 24th day of July, 2001, the Petition for Allowance of Appeal is GRANTED, limited to the following issue:

Whether appellant was entitled to a jury charge on the defense of duress under 18 Pa.C.S. § 309.